## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**KENNETH EASLEY,**

       **Petitioner,**

**v.**                              **Case No.  5:15cv63-MW/EMT**

**N. C. ENGLISH, Warden,**

       **Respondent.**
_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 20.  Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted,** over Petitioner's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED** for lack of jurisdiction." The Clerk shall close the file.

**SO ORDERED on January 4, 2016.**

                              **<u>s/Mark E. Walker</u>**
                              **United States District Judge**